16832.   WOODALL *et al. v.* FARMERS BANK OF MILNER.

BROYLES, C. J. The motion for a new trial contained the usual general grounds only; the verdict was authorized by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED DECEMBER 15, 1925.

Complaint; from city court of Barnesville—Judge Darsey presiding.  August 12, 1925.

*Reagan & Reagan,* for plaintiffs in error.

*E. O. Dobbs,* contra.